CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2017

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELISHA ORNES, | ) |
| | ) Civil Action No. 7:17CV00393 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) Hon. Glen E. Conrad |
| JEREMY MASON, MARLENA SEALE, VIRGINIA DEPARTMENT OF CHILD SUPPORT, a Virginia corporation, DOES 1 TO 100, and DENNIS NAGEL, | ) United States District Judge |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's motion for leave to proceed in forma pauperis is **GRANTED** and the plaintiff's complaint is **DISMISSED** without prejudice. The Clerk is directed to send certified copies of the accompanying memorandum opinion and this order to the plaintiff.

DATED: This 13th day of September, 2017.

_____
United States District Judge